IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NOVA CAPITAL, LLC, ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 3-07-CV-1384-O |
| | § | |
| THE BRYCE COMPANY, LLC, | § | |
| ET AL. | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Plaintiffs' motion to compel the production of documents from non-party Frito-Lay, Inc. [Doc. # 35] and Frito-Lay's cross motion for protective order [Doc. #40] are denied without prejudice. The parties may refile their respective motions, if necessary, after they comply with the Standing Order on Non-Dispositive Motions issued today.[1]

SO ORDERED.

DATED: April 1, 2008.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE

---

[1] If plaintiffs elect to pursue the relief sought in their motion, the court *will not* defer action pending a ruling on defendants' motion to remand.